UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO or OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE COMPANY, *et al*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTONY J. BLINKEN, *in his official capacity as U.S. Secretary of State* <br><br> *Defendant* | No.: 3:24-cv-6985 <br><br> [~~PROPOSED~~] **ORDER** |

On October 4, 2024, Plaintiffs simultaneously filed their Complaint under the pseudonyms "Software Company" and "Jane Doe," and a combined motion to proceed under Pseudonyms and an Administrative Motion to File Under Seal, seeking to file declarations of Plaintiffs. The combined motion to proceed under Pseudonym and Administrative Motion to File Under Seal is filed Unnoposed. After consideration of the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion to Proceed under Pseudonyms is **GRANTED.**

**ORDERED** that the Plaintiffs Declarations titled "Declaration of Software Company" and "Declaration of Jane Doe" are to be filed under **SEAL**.

IT IS **SO ORDERED.**

Date:  October 16, 2024                             _____
                                                                            U.S. District Court Judge